UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR S-04-0004 MCE |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE HEARING |
| v. | |
| DAVID DEAN DAVIDSON and CYNTHIA BARCELO BLAKE, | |
| Defendants. | |

THE PARTIES HEREBY STIPULATE AND AGREE that the status conference now scheduled for May 17, 2005, shall be continued to July 26, 2005, at 8:30 a.m. for an anticipated change of plea. The parties are actively working toward a final disposition in this matter, and require additional time.

The parties further stipulate and agree that pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), time is excluded from May 17, 2005, to July 26, 2005, to allow

///

///

///

```
 1  continuity of counsel and reasonable time for counsel effectively
 2  to prepare.
 3  Dated:
 4
    /s/MATTHEW STEGMAN              /s/SHARI L. GREENBERGER
 5  MATTHEW STEGMAN                 SHARI L. GREENBERGER
    Assistant U.S. Attorney         Attorney for CYNTHIA BLAKE
 6
 7  /s/OMAR FIGUEROA
    OMAR FIGUEROA
 8  Attorney for DAVID DAVIDSON
 9
            IT IS SO ORDERED.
10
    Dated: May 11, 2005.
11
12
13                                  _____
                                    MORRISON C. ENGLAND, JR
14                                  UNITED STATES DISTRICT JUDGE
```

2