UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR S. 04-0004 MCE |
| v. | STIPULATION AND ORDER TO CONTINUE HEARING |
| DAVID DEAN DAVIDSON and CYNTHIA BARCELO BLAKE, | Date: July 26, 2005 |
| | Time: 8:30 a.m. |
| Defendants. | Judge: England |

THE PARTIES HEREBY STIPULATE AND AGREE that the status conference now scheduled for July 26, 2005, at 8:30 a.m., shall be continued to September 6, 2005, at 8:30 a.m. for an anticipated change of plea. Assistant United States Attorney Matthew Stegman will be in trial on the presently scheduled date. In addition, the parties are actively working toward a final disposition in this matter, and require additional time.

The parties further stipulate and agree that pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), time is excluded from July 26, 2005, to August 23, 2005, to allow

///

///

PIER 5 LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
FAX: (415) 421-1331

1

1  continuity of counsel and reasonable time for counsel effec-
2  tively to prepare.

| /s/MATTHEW STEGMAN | /s/SHARI L. GREENBERGER |
| --- | --- |
| MATTHEW STEGMAN | SHARI L. GREENBERGER |
| Assistant U.S. Attorney | Attorney for CYNTHIA BLAKE |
| Dated: July 22, 2005 | Dated: July 22, 2005 |

/s/OMAR FIGUEROA
OMAR FIGUEROA
Attorney for DAVID DAVIDSON
Dated: July 22, 2005

    IT IS SO ORDERED.

Dated: July 27, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PIER 5 LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
FAX: (415) 421-1331

2