UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br>    v.<br>DAVID DEAN DAVIDSON and<br>CYNTHIA BARCELO BLAKE,<br>        Defendants. | CR. S 04-0004 MCE<br><br>JOINT STIPULATION AND<br><u>ORDER TO CONTINUE HEARING</u><br><br>Date:  September 6, 2005<br>Time:  8:30 a.m.<br>Judge: England |

   THE PARTIES HEREBY STIPULATE AND AGREE that the status conference now scheduled for September 6, 2005, at 8:30 a.m., shall be continued to September 20, 2005, at 8:30 a.m. for an anticipated change of plea.  The parties are still actively working toward a final disposition in this matter, and require additional time.

   Both defense counsel have a conflict on September 6, 2005, due to a morning hearing in federal court, <u>U.S. vs. Fred Delgado</u>.

   The parties further stipulate and agree that pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), time

PIER 5 LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
FAX: (415) 421-1331

1

1 is excluded from September 6, 2005, to September 20, 2005, to
2 allow continuity of counsel and reasonable time for counsel
3 effectively to prepare.

```
/s/MATTHEW STEGMAN                   /s/SHARI L. GREENBERGER
MATTHEW STEGMAN                      SHARI L. GREENBERGER
Assistant U.S. Attorney              Attorney for CYNTHIA BLAKE
Dated: September 1, 2005             Dated: September 1, 2005


/s/OMAR FIGUEROA
OMAR FIGUEROA
Attorney for DAVID DAVIDSON
Dated: September 1, 2005
```

**IT IS SO ORDERED.**

Dated: September 6, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PIER 5 LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
FAX: (415) 421-1331

2