```
 1  SHANNAN DUGAN, SBN 165325
    655 Montgomery Street #1200
 2  San Francisco CA 94111
    Phone 415/291-9260
 3
    Attorney for Defendant
 4  CYNTHIA BARCELO BLAKE
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR. S 04-0004 MCE |
| v. | SUBSTITUTION OF COUNSEL; |
| CYNTHIA BARCELO BLAKE, | ORDER |
| Defendant. / | |

COMES NOW defendant CYNTHIA BARCELO BLAKE, and hereby substitutes and appoints SHANNAN DUGAN, 655 Montgomery #1200, San Francisco, California 94111, 415/291-9260, as her attorney of record in the place and stead of Shari L. Greenberger, 506 Broadway, San Francisco, California 94133.

Dated:  September 13, 2005

/s/ CYNTHIA BLAKE
CYNTHIA BARCELO BLAKE

We accept this substitution.

/s/ SHANNAN DUGAN              /s/ SHARI L. GREENBERGER
SHANNAN DUGAN                  SHARI L. GREENBERGER

**IT IS SO ORDERED.**

Dated: September 20, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

**PIER 5 LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
FAX: (415) 421-1331