```
 1
 2
 3
 4
 5
 6
 7
 8                     UNITED STATES DISTRICT COURT
 9                    EASTERN DISTRICT OF CALIFORNIA
10                          SACRAMENTO DIVISION
11
12  UNITED STATES OF AMERICA,           CR. S 04-0004 MCE
13          Plaintiff,
14       v.                             STIPULATION AND ORDER
                                        TO CONTINUE HEARING FOR
15  CYNTHIA BARCELO BLAKE,              CHANGE OF PLEA
16          Defendant.
    _____/
17
18      THE PARTIES HEREBY STIPULATE AND AGREE that the hearing
19  for change of plea, now scheduled for October 25, 2005, shall be
20  continued to November 8, 2005, at 8:30 a.m.  The parties are
21  finalizing the plea agreement, and require additional time.
22      The parties further stipulate and agree that pursuant to
23  the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), time
24  ///
25  ///
26  ///
27  ///
28  ///
```

is excluded from October 25, 2005, to November 8, 2005, to allow continuity of counsel and reasonable time for counsel effectively to prepare.

Dated: October 24, 2005

/s/ MATTHEW STEGMAN
MATTHEW STEGMAN
Assistant U.S. Attorney

/s/ SHANNAN DUGAN
SHANNAN DUGAN
Attorney for CYNTHIA BLAKE

**IT IS SO ORDERED.**

Dated: November 2, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE