UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. S 04-0004 MCE |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE HEARING FOR CHANGE OF PLEA |
| CYNTHIA BARCELO BLAKE, | |
| Defendant. | |
| _____/ | |

THE PARTIES HEREBY STIPULATE AND AGREE that the hearing for change of plea, now scheduled for December 6, 2005, shall be continued to January 10, 2006, at 8:30 a.m.  The parties are finalizing the plea agreement, and require additional time.

The parties further stipulate and agree that pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), time

///
///
///
///
///

1  is excluded from December 6, 2005, to January 10, 2006, to allow
2  continuity of counsel and reasonable time for counsel effectively
3  to prepare.
4         Dated:  December 5, 2005

/s/ MATTHEW STEGMAN            /s/ SHANNAN DUGAN
MATTHEW STEGMAN                SHANNAN DUGAN
Assistant U.S. Attorney        Attorney for CYNTHIA BLAKE


       **IT IS SO ORDERED.**

Dated: December 8, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE