UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>CYNTHIA BARCELO BLAKE,<br><br>        Defendant.<br>_____/ | 2:04-cr-0004 MCE<br><br><br>STIPULATION AND ORDER<br>TO CONTINUE HEARING FOR<br>CHANGE OF PLEA |

    THE PARTIES HEREBY STIPULATE AND AGREE that the hearing for change of plea, now scheduled for January 10, 2006, shall be continued to January 24, 2006, at 8:30 a.m.  The parties are finalizing the plea agreement, and require additional time.

    The parties further stipulate and agree that pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), time is excluded from January 10, 2006, to January 24, 2006, to allow

///
///
///

continuity of counsel and reasonable time for counsel effectively to prepare.

Dated: January 9, 2006

/s/ MATTHEW STEGMAN
MATTHEW STEGMAN
Assistant U.S. Attorney

/s/ SHANNAN DUGAN
SHANNAN DUGAN
Attorney for CYNTHIA BLAKE

**IT IS SO ORDERED.**

Dated: January 10, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE