UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>CYNTHIA BARCELO BLAKE,<br><br>        Defendant.<br>_____/ | 2:04-cr-0004 MCE<br><br>AMENDED STIPULATION AND<br>ORDER TO CONTINUE SENTENCING |

THE PARTIES HEREBY STIPULATE AND AGREE that the sentencing hearing, now scheduled for April 4, 2006, shall be continued to July 25, 2006, at 8:30 a.m.

The presentence report schedule shall be as follows:

Disclose proposed PSR to counsel: 6/20/06

Written objections: 7/3/06

File PSR with court: 7/11/06

///

///

```
            File Motion for correction of PSR: 7/18/06


            Dated: March 20, 2006


/s/ MATTHEW STEGMAN                    /s/ SHANNAN DUGAN
MATTHEW STEGMAN                        SHANNAN DUGAN
Assistant U.S. Attorney                Attorney for CYNTHIA BLAKE
```

**IT IS SO ORDERED.**

Dated: March 22, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE