UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:04-cr-0004 MCE |
| v. | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| CYNTHIA BARCELO BLAKE, | |
| Defendant. | |

THE PARTIES HEREBY STIPULATE AND AGREE that the sentencing hearing, now scheduled for July 25, 2006, shall be continued to October 17, 2006, at 8:30 a.m.

The presentence report schedule shall be as follows:

    Disclose proposed PSR to counsel: 9/12/06
    Written objections: 9/25/06
    File PSR with court: 10/3/06
    File Motion for correction of PSR: 10/10/06

///

///

///

     The parties further stipulate and agree that pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), time is excluded from July 25, 2006, to October 17, 2006, to allow continuity of counsel and reasonable time for counsel effectively to prepare.

Dated: July 13, 2006

/s/ MATTHEW STEGMAN             /s/ SHANNAN DUGAN
MATTHEW STEGMAN                SHANNAN DUGAN
Assistant U.S. Attorney       Attorney for CYNTHIA BLAKE

**IT IS SO ORDERED.**

Dated: July 17, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE