UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:04-cr-00004-MCE |
|     Plaintiff, | |
|   v. | ORDER EXONERATING BOND AND RECONVEYING PROPERTY |
| CYNTHIA BARCELO BLAKE, | see docket #98 |
|     Defendant. | |

Upon the request of defendant and good cause appearing,

IT IS HEREBY ORDERED that bond is exonerated in this matter and the Clerk of the Court is ordered to reconvey the real property posted as security for bail herein.

Dated: May 24, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE