1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorney for Defendant
   DAVID DEAN DAVIDSON
7

8

9                IN THE UNITED STATES DISTRICT COURT

10               FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12 UNITED STATES OF AMERICA,       ) No. 2:04-cr-00004-MCE
                                   )
13              Plaintiff,         )
                                   ) STIPULATION AND ORDER CONTINUING
14      v.                         ) STATUS CONFERENCE AND EXCLUDING
                                   ) TIME
15 DAVID DEAN DAVIDSON,            )
                                   )
16              Defendant.         ) Date:  June 19, 2008
                                   ) Time:  9:00 a.m.
17 _____ ) Judge: Morrison C. England, Jr.

18

19     It is hereby stipulated and agreed between defendant, DAVID DEAN

20 DAVIDSON, and plaintiff, United States of America, by and through their

21 attorneys, that the status conference presently scheduled for June 19,

22 2008 may be continued to August 14, 2008 at 9:00 a.m.

23     Counsel for Mr. Davidson continues to review voluminous and

24 extensive discovery provided by previously-retained counsel, and

25 continues his factual investigation of the case.

26 ///

27 ///

28 ///

1  In order to afford time to complete various tasks necessary to the
2  defense of this case, the parties agree that time under the Speedy
3  Trial Act should be excluded from the date of this order through August
4  14, 2008, pursuant to Title 18, United States Code, Section
5  3161(h)(8)(A) and (B)(iv)  (Local Code T4).

                                          Respectfully Submitted,

                                          DANIEL J. BRODERICK
                                          Federal Defender

Dated:   June 17, 2008          /s/ T. Zindel
                                          TIMOTHY ZINDEL
                                          Assistant Federal Defender
                                          Attorney for DAVID DEAN DAVIDSON


                                          McGREGOR W. SCOTT
                                          United States Attorney

Dated:   June 17, 2008          /s/  T. Zindel for M. Stegman
                                          MATT STEGMAN
                                          Assistant U.S. Attorney

### O R D E R

17      The status conference is continued to August 14, 2008 at 9:00 a.m.
18  The court finds that a continuance is necessary for the reasons stated
19  above and further finds that the ends of justice served by granting a
20  continuance outweigh the best interests of the public and the defendant
21  in a speedy trial.  Time is therefore excluded from the date of this
22  order through August 14, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A)
23  and (B)(iv).

24      IT IS SO ORDERED.

Dated: June 18, 2008

                                          _____
                                          MORRISON C. ENGLAND, JR.
                                          UNITED STATES DISTRICT JUDGE