1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, California 95814
4   Telephone: (916) 498-5700

5

    Attorney for Defendant
6   DAVID DEAN DAVIDSON

7

8                 IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )  No. 2:04-CR-00004 MCE
                                   )
12              Plaintiff,         )
                                   )  **STIPULATION AND ORDER**
13      v.                         )  **CONTINUING STATUS CONFERENCE**
                                   )  **AND EXCLUDING TIME**
14  DAVID DEAN DAVIDSON,           )
                                   )
15              Defendant.         )  Date:  August 14, 2008
                                   )  Time:  9:00 a.m.
16  _____)  Judge: Morrison C. England, Jr.

17

18       It is hereby stipulated and agreed between defendant, DAVID DEAN

19  DAVIDSON, and plaintiff, United States of America, by and through their

20  attorneys, that the status conference presently scheduled for August

21  14, 2008 may be continued to October 2, 2008 at 9:00 a.m.

22       Counsel for Mr. Davidson continues to review voluminous and

23  extensive discovery provided by previously-retained counsel, and

24  continues his factual investigation of the case.  In order to afford

25  time to complete various tasks necessary to the defense of this case,

26  the parties agree that time under the Speedy Trial Act should be

27  excluded from the date of this order through October 2, 2008, pursuant

28  to Title 18, United States Code, Section 3161(h)(8)(A) and (B)(iv)

1 | (Local Code T4).

2 |                                                Respectfully Submitted,

3 | DANIEL J. BRODERICK
Federal Defender

4 |

5 | Dated:  August 11, 2008      /s/ T. Zindel
TIMOTHY ZINDEL

6 | Assistant Federal Defender
Attorney for DAVID DEAN DAVIDSON

7 |

8 | McGREGOR W. SCOTT
United States Attorney

9 |

10 | Dated:  August 11, 2008      /s/  T. Zindel for M. Stegman
MATT STEGMAN

11 | Assistant U.S. Attorney

12 | **O R D E R**

13 |     The status conference is continued to October 2, 2008 at 9:00 a.m.

14 | The court finds that a continuance is necessary for the reasons stated

15 | above and further finds that the ends of justice served by granting a

16 | continuance outweigh the best interests of the public and the defendant

17 | in a speedy trial.  Time is therefore excluded from the date of this

18 | order through October 2, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A)

19 | and (B)(iv).

20 |     IT IS SO ORDERED.

21 |  Dated: August 13, 2008

22 |

23 | _____
MORRISON C. ENGLAND, JR.

24 | UNITED STATES DISTRICT JUDGE

25 |

26 |

27 |

28 |

-2-