```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5
    Attorney for Defendant
 6  DAVID DEAN DAVIDSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:04-CR-00004 MCE |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **CONTINUING STATUS CONFERENCE** |
| | ) | **AND EXCLUDING TIME** |
| DAVID DEAN DAVIDSON, | ) | |
| | ) | |
| Defendant. | ) | Date:  February 12, 2009 |
| | ) | Time:  9:00 a.m. |
| _____ | ) | Judge: Morrison C. England, Jr. |

It is hereby stipulated and agreed between defendant, DAVID DEAN DAVIDSON, and plaintiff, United States of America, by and through their attorneys, that the status conference presently scheduled for February 12, 2009, may be continued to February 26, 2009, at 9:00 a.m.

Counsel for Mr. Davidson has completed his review of the discovery and investigation provided by previously-retained counsel and has submitted a proposed resolution to the government. Additional time is needed to consider the proposal and, if appropriate, write the plea agreement. In order to afford time to complete these tasks, the parties

agree that time under the Speedy Trial Act should be excluded from the date of this order through February 26, 2009, pursuant to Title 18, United States Code, Section 3161(h)(8)(A) and (B)(iv) (Local Code T4).

Respectfully Submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: February 10, 2009   /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for DAVID DEAN DAVIDSON

LAWRENCE G. BROWN
Acting United States Attorney

Dated: February 10, 2009   /s/  T. Zindel for M. Stegman
MATT STEGMAN
Assistant U.S. Attorney

**O R D E R**

The status conference is continued to February 26, 2009, at 9:00 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through February 26, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: February 12, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE