```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    DAVID DEAN DAVIDSON
 7

 8
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:04-CR-00004 MCE |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | CONTINUING STATUS CONFERENCE |
| | ) | AND EXCLUDING TIME |
| DAVID DEAN DAVIDSON, | ) | |
| | ) | |
| Defendant. | ) | Date: November 12, 2009 |
| | ) | Time: 9:00 a.m. |
| _____ | ) | Judge: Morrison C. England, Jr. |

It is hereby stipulated and agreed between defendant, David Davidson, and plaintiff, United States of America, by and through their attorneys, that the status conference presently scheduled for November 12, 2009, may be continued to December 3, 2009, at 9:00 a.m.

Counsel for the parties have scheduled another meeting to iron out their differences. Defense counsel believes that guidelines issued yesterday by the Attorney General concerning prosecution of cases involving marijuana distributed for medical use will bear on the parties' negotiations. In order to afford time to complete this review, the

1  parties agree that time under the Speedy Trial Act should be excluded
2  from the date of this order through December 3, 2009, pursuant to Title
3  18, United States Code, Section 3161(h)(7)(A) and (B)(iv).

                                   Respectfully Submitted,

                                   DANIEL J. BRODERICK
                                   Federal Defender

Dated:  November 10, 2009          /s/ T. Zindel
                                   TIMOTHY ZINDEL
                                   Assistant Federal Defender
                                   Attorney for DAVID DEAN DAVIDSON


                                   BEN WAGNER
                                   United States Attorney


Dated:  November 10, 2009          /s/  T. Zindel for M. Stegman
                                   MATT STEGMAN
                                   Assistant U.S. Attorney

**O R D E R**

The status conference is continued to December 3, 2009, at 9:00 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through December 3, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: November 12, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stip & Order/David Dean Davidson         -3-